UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL PARTON, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:81 CV 19 DDN |
| | ) | |
| | ) | |
| CARL WHITE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Clerk of Court cause to be served on the Office of the Attorney General of Missouri, as counsel for the defendants in this action, copies of the recently-filed motions for leave to intervene (Doc. 97), to reopen consent decree proceedings (Doc. 98), to enforce consent decree (Docs. 100 and 101), and for a preliminary injunction, a permanent injunction, and a temporary restraining order (Doc. 102).

**IT IS FURTHER ORDERED** that the Missouri Attorney General may have 60 days from the date of this order to file a response to the aforesaid motions.

Further, because the aforesaid movants in Doc. 102 seek a temporary restraining order and preliminary injunctive relief, pursuant to the E. D. Mo. Local Rule 2.08(A),

**IT IS FURTHER ORDERED** that this case be reassigned to a United States District Judge by the random selection process.

/s/ **David D. Noce**
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 8, 2022.